**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **RICHARD L. ALLEN, both individually** ) | |
| **and on behalf of all others similarly** ) | |
| **situated,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case No. 17-00374-CV-W-GAF** |
| ) | |
| **PINNACLE ENTERTAINMENT, INC.,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL ACTION

☐     **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒     **Decision of the Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

By Order dated April 21, 2021 (Doc. #263):

IT IS ORDERED:

By denying Plaintiffs' allegations that they were non-exempt employees, Defendants asserted

their affirmative defense of exemption, and the affirmative exemption applies. Accordingly,

Defendants' Motion for Summary Judgment is GRANTED. Further, the seven opt-in plaintiffs are

DISMISSED without prejudice.

Dated:     April 11, 2022             PAIGE WYMORE-WYNN
                                         Clerk of Court

Entered: <u>April 11, 2022</u>            <u>/s/ Lisa Mitchell</u>
                                         (By) Deputy Clerk